# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| LS CLOUD STORAGE TECHNOLOGIES, LLC,<br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br>    Defendant | Civil Action No. 6:22-cv-00321-ADA |

## JOINT MOTION TO TRANSFER VENUE TO AUSTIN DIVISION

Plaintiff LS Cloud Storage Technologies LLC ("LSC" or "Plaintiff") and Defendant Microsoft Corporation ("Microsoft") (collectively the "Parties") jointly request that the above-captioned matter, Case No. 6:22-cv-321 (the "Action"), be transferred to the United States District Court for the Western District of Texas, Austin Division, and state as follows:

WHEREAS, on March 25, 2022, LSC filed a Complaint against Microsoft alleging infringement of U.S. Patent Nos. 10,154,092 and 6,549,988;

WHEREAS, 28 U.S.C. § 1404(a) provides that, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented" (emphasis added);

WHEREAS, counsel for the Parties have conferred about venue in this Action and have agreed that this Action be transferred in its entirety to the United States District Court for the Western District of Texas, Austin Division;

WHEREAS, for purposes of this Action only, the Parties agree not to contest venue in the United States District Court for the Western District of Texas, Austin Division, and once transferred to the Western District of Texas, Austin Division, the Parties agree not to, and waive any rights to, further move to transfer this action from the United States District Court for the

Western District of Texas, Austin Division, to any other venue, district, or division pursuant to 28 U.S.C. § 1404 or § 1406;

NOW, THEREFORE, LSC and Microsoft jointly move this Court to enter an Order transferring this Action to the United States District Court for the Western District of Texas, Austin Division, a Court of competent jurisdiction and proper venue for this action.

Dated: August 18, 2022

Respectfully submitted,

| | |
|---|---|
| By: */s/ Kelly C. Hunsaker* | By: */s/ William P. Ramey, III* |
| **WINSTON & STRAWN LLP**<br>Kelly C. Hunsaker (admitted *Pro Hac Vice*)<br>Michael R. Rueckheim<br>TX State Bar No. 24081129<br>255 Shoreline Drive, Suite 520<br>Redwood City, CA 94065<br>Tel.: 650-858-6500<br>Fax: 650-858-6550<br>Email: khunsaker@winston.com<br>Email: mrueckheim@winston.com<br><br>**WINSTON & STRAWN LLP**<br>Vivek V. Krishnan (admitted *Pro Hac Vice*)<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Tel.: 312-558-5600<br>Fax: 312-558-5700<br>Email: vkrishnan@winston.com<br><br>**WINSTON & STRAWN LLP**<br>Juan C. Yaquian (admitted *Pro Hac Vice*)<br>800 Capitol St., Suite 2400<br>Houston, TX 77002<br>Tel.: 713-651-2700<br>Fax: 713-651-5700<br>Email: jyaquian@winston.com<br><br>***Attorneys for Defendant***<br>***Microsoft Corporation*** | **Ramey LLP**<br>William P. Ramey, III<br>Texas Bar No. 24027643<br>5020 Montrose Blvd., Suite 800<br>Houston, Texas 77006<br>(713) 426-3923 (telephone)<br>(832) 900-4941 (fax)<br>wramey@rameyfirm.com<br><br>***Attorneys for LS Cloud Storage***<br>***Technologies, LLC*** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing document has been served on August 18, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                              */s/ Kelly C. Hunsaker*
                                              Kelly C. Hunsaker